# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-3950
_____

SYLVESTER MCCLENDON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.
_____

On appeal from the Circuit Court for Duval County.
Michelle Kalil and Marianne Aho, Judges.

January 11, 2018

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Barbara J. Busharis,
Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Robert Humphrey,
Assistant Attorney General, Tallahassee, for Appellee.